UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 and JOHN DOE 2,

     Plaintiffs,

v.

REV. MIROSLAW KROL, and the          Case No: 2:20–cv–13287
ORCHARD LAKE SCHOOLS ("OLS")     Hon. Denise Page Hood
a Michigan non-profit corp.,

     Defendants.
_____/

| | |
|---|---|
| Jennifer B. Salvatore (P66640) | Alex L. Alexopoulos (P40547) |
| Nakisha Chaney (P65066) | Starr, Butler, Alexopoulos & Stoner, PLLC |
| Salvatore Prescott Porter & Porter | Matthew D. Wellington (P78281) |
| 105 East Main Street | Attorneys for Defendant OLS |
| Northville, MI 48167 | 20700 Civic Center Drive, Ste. 290 |
| (248) 679-8711 | Southfield, Michigan 48076 |
| salvatore@sppplaw.com | (248) 864-4931 |
| chaney@sppplaw.com | ala@starrbutler.com |
| | mwellington@starrbutler.com |
| Ward Powers (P33739) | |
| Jonnie Powers (P78823) | Roy H. Henley (P39921) |
| Law Offices of Ward M. Powers | Jessica E. McNamara (P81885) |
| 302 W. Main Street | Thrun Law Firm, P.C. |
| Northville, MI 48167 | Attorneys for Defendant Krol |
| (248) 347-1700 | 2900 West Road, Ste. 400 |
| wpowers@powerslawoffices.com | East Lansing, MI 48823 |
| *Attorneys for Plaintiffs* | (517) 374-8864 |
| | rhenley@thrunlaw.com |

_____/

**STIPULATED ORDER TO SEAL EXHIBITS 2 & 3
ATTACHED TO DEFENDANT OLS' RESPONSE TO
PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**
The above referenced parties, through their undersigned counsel, having

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC, 20700 CIVIC CENTER DRIVE, SUITE 290, SOUTHFIELD, MI, 48076  (248) 554-2700

stipulated and agreed to seal Exhibits 2 and 3 attached to Defendant OLS' Response

to Plaintiffs' Motion to Proceed Pseudonymously, and the Court being otherwise fully

informed in the premises;

IT IS HEREBY ORDERED that Exhibits 2 and 3 attached to Defendant OLS'

Response to Plaintiffs' Motion to Proceed Pseudonymously shall be kept under seal.


Dated: January 6, 2021                          s/Denise Page Hood
                                                U.S. District Court Judge

Approved as to form and substance:


/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
Attorney for Plaintiffs


/s/ Alex L. Alexopoulos
Alex L. Alexopoulos (P40547)
Attorney for Defendant OLS


/s/ Roy H. Henley
Roy H. Henley (P39921)
Attorney for Defendant Krol

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC, 20700 CIVIC CENTER DRIVE, SUITE 290, SOUTHFIELD, MI, 48076  (248) 554-2700