# EXHIBIT A

Audio Recordings from Polish Varieties Radio