# EXHIBIT B

Audio Recording from Polish Radio 1030 Chicago

*This Exhibit is currently the subject of a contemporaneous Motion to Seal.*