UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 and JOHN DOE 2,

    Plaintiffs,

v.

REV. MIROSLAW KROL, and the
ORCHARD LAKE SCHOOLS ("OLS")
a Michigan non-profit corp.,

    Defendants.

Case No. 2:20−cv−13287−DPH−EAS

Hon. Denise Page Hood

## INDEX OF EXHIBITS

| Exhibit A | Subpoena directed to Archdiocese of Detroit |
|---|---|
| Exhibit B | Rheaume letter to Salvatore |
| Exhibit C | Proposed Protective Order |
| Exhibit D | May 4th email from J. Salvatore to Mr. Rheaume |
| Exhibit E | May 11th email from J. Salvatore to Mr. Rheaume |