# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| JOHN DOE 1 and JOHN DOE 2 ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-13287-DPH-EAS |
| ) | |
| REV. MIROSLAW KROL, et al. ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Archdiocese of Detroit

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PLEASE SEE ATTACHMENT

| Place: SALVATORE PRESCOTT PORTER & PORTER 105 E. Main St., Northville, MI 48167 Phone: (248) 679-8711 email: salvatore@sppplaw.com | Date and Time: Friday, April 23, 2021 5:00 pm ET |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/31/2021

*KINIKIA D. ESSIX, CLERK OF COURT*

_____     OR     *Jennifer B Salvatore*
Signature of Clerk or Deputy Clerk                          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs John Doe 1 & 2 , who issues or requests this subpoena, are:

Jennifer Salvatore, 105 E. Main St, Northville, MI 48167,   Phone: (248) 679-8711   E-mail: salvatore@sppplaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT TO SUBPOENA
## DIRECTED TO ARCHDIOCESE OF DETROIT

(1) Please produce any and all records and correspondence in the possession of the Archdiocese of Detroit regarding Fr. Miroslaw Krol, including but not limited to any concerns, complaints or investigations regarding any misconduct or sexual impropriety or other allegations made regarding Fr. Miroslaw Krol involving his time at Orchard Lake Schools or related to the Sweetest Heart of Mary Church, including but not limited to any concerns brought forward by Father [John Doe 3], by Dr. [John Doe 2], by Father [redacted], by [redacted], or by Fr. [redacted].

(2) Please also produce any and all documents regarding any contacts that Fr. [redacted] had with Archbishop Vigneron or others at the Archdiocese regarding his treatment at OLS and/or his reporting concerns about sexual misconduct and/or pedophilia involving [redacted], a deacon at the OLS seminary in or around Spring of 2017.

(3) Please produce all documents regarding any investigation done by the Archdiocese, including but not limited to the investigation materials and report by [redacted] regarding any complaint involving Father Miroslaw Krol.

(4) Please produce any and all communications between the Archdiocese of Detroit and law enforcement (including but not limited to the Michigan Attorney General's Office) regarding Father Krol and/or [redacted].

(5) Please produce all correspondence between the Archdiocese of Detroit and the Archiodese of Newark regarding Father Miroslaw Krol.