# EXHIBIT D

*This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@sppplaw.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

---------- Forwarded message ---------
From: **Jennifer Salvatore** <salvatore@spplawyers.com>
Date: Tue, May 4, 2021 at 8:07 AM
Subject: Re: John Doe 1 & 2 v Orchard Lake Schools, et al
To: Rheaume, Thomas <TRheaume@bodmanlaw.com>
Cc: Doute, Katherine <KDoute@bodmanlaw.com>, Van Dusen, Thomas <TVanDusen@bodmanlaw.com>, ala@starrbutler.com <ala@starrbutler.com>, jmcnamara@thrunlaw.com <jmcnamara@thrunlaw.com>

Thanks Tom. Can we have a call about this? This is really really broad as it essentially keeps completely out of the public record any and all documents, discussion, references to any topics that your client chooses to designate as confidential. It's not appropriate nor do I think it's likely to be approved by the court.

If there are names that need to be redacted or other portions of personnel documents that contain truly confidential Information, let's discuss that. But we are not willing to sign this Proposed order, particularly given the nature of the issues in this case and the public importance of transparency on such issues.

If we need to address this with Judge Hood, let me know. We would like to get moving on the document production.

On Mon, May 3, 2021 at 8:14 AM Rheaume, Thomas <TRheaume@bodmanlaw.com> wrote:

> Counsel,
>
> Attached is a protective order regarding AOD records. Please let me know if it is acceptable to you.
>
> Tom
>
> **Thomas J Rheaume, Jr.**
> BODMAN PLC
> 6th Floor at Ford Field
> 1901 St. Antoine Street
> Detroit, Michigan 48226
> mobile (preferred): 313-268-3951
>
> office: 313-392-1074
>
> email: trheaume@bodmanlaw.com
> My biography on bodmanlaw.com
>
> **Bodman is a Corp! Magazine**
> **"Diversity-Focused Company"**