# EXHIBIT E

**From:** Jennifer Salvatore <salvatore@spplawyers.com>
**Sent:** Tuesday, May 11, 2021 10:35 AM
**To:** Rheaume, Thomas <TRheaume@BODMANLAW.COM>
**Cc:** Ward Powers <wpowers@powerslawoffices.com>; Van Dusen, Thomas <TVanDusen@BODMANLAW.COM>
**Subject:** Re: subpoena


As discussed in our call, we will not agree to the sweeping language in the PO that you proposed. If there are medical, financial, other personally-identifying information that appropriately should be marked confidential, we will agree to that.


Will you be filing a motion for a protective order this week? Compliance with the subpoena was due several weeks ago at this point.

**Jennifer B. Salvatore**


**Salvatore Prescott Porter & Porter, PLLC**

105 E. Main Street

Northville, MI 48167

(248) 679-8711 (t)

(248) 773-7280 (f)


http://www.spplaw.com


Like us on Facebook












*This message originates from the law firm of Salvatore Prescott Porter & Porter, PLLC, and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at info@spplaw.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited.*

On Tue, May 11, 2021 at 10:22 AM Rheaume, Thomas <TRheaume@bodmanlaw.com> wrote:

> We will file for a protective order if your client will not agree to let us mark documents confidential as we provided in the protective order.
>
> **Thomas J. Rheaume**
> 313-392-1074
> TRheaume@BODMANLAW.COM
>
> **bodman**
>
> ATTORNEYS & COUNSELORS
>
> **From:** Jennifer Salvatore <salvatore@spplawyers.com>
> **Sent:** Tuesday, May 11, 2021 9:56 AM
> **To:** Rheaume, Thomas <TRheaume@BODMANLAW.COM>; Ward Powers <wpowers@powerslawoffices.com>
> **Subject:** subpoena
>
> Tom - Can you please let me know how your client plans to proceed w/respect to the outstanding document subpoena?
>
> **Jennifer B. Salvatore**
>
> **Salvatore Prescott Porter & Porter, PLLC**
>
> 105 E. Main Street
>
> Northville, MI 48167
>
> (248) 679-8711 (t)
>
> (248) 773-7280 (f)
>
> http://www.spplaw.com
>
> Like us on Facebook