UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 and JOHN DOE 2,

    Plaintiffs,

v.

REV. MIROSLAW KROL, and the
ORCHARD LAKE SCHOOLS ("OLS")
a Michigan non-profit corp.,

    Defendants.

Case No. 20-13287
Hon. Denise Page Hood

---

| | |
|---|---|
| Jennifer B. Salvatore (P66640)<br>Nakisha Chaney (P65066)<br>Salvatore Prescott Porter &<br>Porter, PLLC<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>salvatore@sppplaw.com<br>chaney@sppplaw.com<br><br>Ward Powers (P33739)<br>Jonnie Powers (P78823)<br>Law Offices of Ward M. Powers<br>302 W. Main Street<br>Northville, MI 48167<br>(248) 347-1700<br>wpowers@powerslawoffices.com<br><br>Attorneys for Plaintiffs | Alex L. Alexopoulos (P40547)<br>Matthew D. Wellington (P78281)<br>Starr, Butler, Alexopoulos<br>& Stoner, PLLC<br>Attorneys for Defendant OLS<br>20700 Civic Center Drive, Ste. 290<br>Southfield, Michigan 48076<br>(248) 554-2700<br>ala@starrbutler.com<br>mwellington@starrbutler.com<br><br>Roy H. Henley (P39921)<br>Jessica E. McNamara (P81885)<br>Thrun Law Firm, P.C.<br>Attorneys for Defendant Krol<br>2900 West Road, Ste. 400<br>East Lansing, MI 48823<br>(517) 374-8864<br>rhenley@thrunlaw.com<br>jmcnamara@thrunlaw.com |

**STIPULATED ORDER ALLOWING DEFENDANTS TO AMEND
THEIR AFFIRMATIVE DEFENSES AND DISMISSING
JOHN DOE 2'S HOSTILE WORK ENVIRONMENT COUNTS**

The above referenced parties, through their undersigned counsel, hereby stipulate and agree to the following:

1. Defendants Rev. Miroslaw Krol and Orchard Lake Schools shall have fourteen (14) days from the entry of this order to file their amended affirmative defenses with the Court asserting affirmative defenses under the doctrine of ministerial abstention, the doctrine of ecclesiastical abstention and due process.

2. Plaintiff John Doe 2's hostile work environment claims set forth in Count II and Count VIII of Plaintiffs' First Amended Complaint shall be dismissed without prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: September 8, 2021         s/Denise Page Hood
                                 U.S. District Court Judge

Approved as to form and substance:

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
Attorney for Plaintiffs

/s/ Alex L. Alexopoulos
Alex L. Alexopoulos (P40547)
Attorney for Defendant OLS

/s/ Roy H. Henley
Roy H. Henley (P39921)
Attorney for Defendant Krol