UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1, et al.,          Civil Action No.: 20-13287
                                         Honorable Denise Page Hood
                Plaintiffs,    Magistrate Judge Elizabeth A. Stafford

v.

ORCHARD LAKE SCHOOLS,
*et al*.,

                Defendants.

_____/

## ORDER ABOUT PLAINTIFFS' MOTIONS TO COMPEL [ECF NOS. 63, 64]

Plaintiffs John Doe 1 and 2 move to compel depositions of Fr. Damian Chrzanowski, a former employee of defendant Orchard Lake Schools (OLS), and of third-party Archbishop Vigneron of the Archdiocese of Detroit (AOD). ECF No. 63; ECF No. 64. The Honorable Denise Page Hood referred the motions to the undersigned for hearing and determination. ECF No. 68. **The parties[1] are directed to carefully read and follow the remainder of this Order.**

---

[1] For purposes of this Order, the term "parties" includes defendants and AOD.

The Court will hold a hearing on **December 1, 2021 at 2:00 p.m.** Before the hearing, the parties **must meet and confer in good faith** as required by E.D. Mich. LR 37.1.  Following the meeting(s), and by **November 22, 2021**, the parties must file **a joint list of unresolved issues for each motion**.  These filings must specify the efforts the parties have taken to address the issues raised by plaintiffs' motions and the bases for any continuing objections or opposition to the relief requested.

**The responding parties need not file a brief in response to the motions to compel.  At the hearing, the Court will rely on the joint list of unresolved issues ordered above.  If the parties resolve all of the issues raised by the motions, they must submit a stipulation and order to cancel the hearing.**

**IT IS SO ORDERED**.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: October 13, 2021

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous

or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2. The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of 14 days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 13, 2021.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager
