UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 and JOHN DOE 2,

    Plaintiffs,

v.

REV. MIROSLAW KROL, and the
ORCHARD LAKE SCHOOLS ("OLS")
a Michigan non-profit corp.,

    Defendants.

Case No. 2:20-cv-13287-DPH-EAS

Hon. Denise Page Hood

| | |
|---|---|
| Jennifer B. Salvatore (P66640)<br>Nakisha Chaney (P65066)<br>SALVATORE PRESCOTT<br>PORTER & PORTER, PLLC<br>105 East Main Street<br>Northville, MI 48167<br>(T): (248) 679-8711<br>salvatore@spplaw.com<br>chaney@spplaw.com<br><br>Ward Powers (P33739)<br>Jonnie Powers (P78823)<br>LAW OFFICES OF WARD M. POWERS<br>302 W. Main Street<br>Northville, MI 48167<br>(T): (248) 347-1700<br>wpowers@powerslawoffices.com<br><br>*Attorneys for Plaintiffs* | Alex L. Alexopoulos (P40547)<br>Zeth D. Hearld (P79725)<br>Starr, Butler, Alexopoulos<br>& Stoner, PLLC<br>Attorneys for Defendant OLS<br>20700 Civic Center Drive, Ste. 290<br>Southfield, Michigan 48076<br>(248) 554-2700<br>ala@starrbutler.com<br>zhearld@starrbutler.com<br><br>Roy H. Henley (P39921)<br>Jessica E. McNamara (P81885)<br>Thrun Law Firm, P.C.<br>Attorneys for Defendant Krol<br>2900 West Road, Ste. 400<br>East Lansing, MI 48823<br>(517) 374-8864<br>rhenley@thrunlaw.com<br>jmcnamara@thrunlaw.com |

**STIPULATED ORDER EXTENDING MOTION RESPONSE DEADLINE**

The parties stipulate to extend the deadline for Plaintiff's Response to [ECF 67] Defendants' Joint Motion to Modify Scheduling Order until Wednesday, October 27, 2021.

IT IS ORDERED that the deadline to file Plaintiff's Response to [67] Defendants' Joint Motion to Modify Scheduling Order is hereby extended until Wednesday October 27, 2021.

Dated: November 1, 2021            s/Denise Page Hood
                                                          United States District Judge

I STIPULATE TO THE ENTRY OF THE ABOVE ORDER,

| | |
|---|---|
| */s/ Jennifer B. Salvatore* | */s/* Alex L. Alexopoulos (*with consent*) |
| Jennifer B. Salvatore (P66640) | Alex L. Alexopoulos (P40547) |
| Nakisha Chaney (P65066) | Zeth D. Hearld (P79725) |
| SALVATORE PRESCOTT PORTER & PORTER, PLLC | Starr, Butler, Alexopoulos & Stoner, PLLC |
| 105 East Main Street | *Attorneys for Defendant OLS* |
| Northville, MI 48167 | 20700 Civic Center Drive, Ste. 290 |
| (T): (248) 679-8711 | Southfield, Michigan 48076 |
| salvatore@sppplaw.com | (248) 554-2700 |
| chaney@sppplaw.com | ala@starrbutler.com |
| | zhearld@starrbutler.com |
| Ward Powers (P33739) | */s/ Roy H. Henley (with consent)* |
| Jonnie Powers (P78823) | Roy H. Henley (P39921) |
| LAW OFFICES OF WARD M. POWERS | Jessica E. McNamara (P81885) |
| 302 W. Main Street | Thrun Law Firm, P.C. |
| Northville, MI 48167 | *Attorneys for Defendant Krol* |
| (T): (248) 347-1700 | 2900 West Road, Ste. 400 |
| wpowers@powerslawoffices.com | East Lansing, MI 48823 |
| | (517) 374-8864 |
| *Attorneys for Plaintiffs* | rhenley@thrunlaw.com |
| | jmcnamara@thrunlaw.com |

Ordered prepared by: Jennifer B. Salvatore (P66640)