UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 and JOHN DOE 2,

    Plaintiffs,

v.

REV. MIROSLAW KROL, and the ORCHARD LAKE SCHOOLS ("OLS")
a Michigan non-profit corp.,

    Defendants.

Case No. 20−13287
Hon. Denise Page Hood

| | |
|---|---|
| Jennifer B. Salvatore (P66640)<br>Nakisha Chaney (P65066)<br>Salvatore Prescott Porter & Porter, PLLC<br>105 East Main Street<br>Northville, MI 48167<br>(248) 679-8711<br>salvatore@sppplaw.com<br>chaney@sppplaw.com<br><br>Ward Powers (P33739)<br>Jonnie Powers (P78823)<br>Law Offices of Ward M. Powers<br>302 W. Main Street<br>Northville, MI 48167<br>(248) 347-1700<br>wpowers@powerslawoffices.com<br><br>Attorneys for Plaintiffs | Alex L. Alexopoulos (P40547)<br>Zeth D. Hearld (P79725)<br>Starr, Butler, Alexopoulos & Stoner, PLLC<br>Attorneys for Defendant OLS<br>20700 Civic Center Drive, Ste. 290<br>Southfield, Michigan 48076<br>(248) 554-2700<br>ala@starrbutler.com<br>zhearld@starrbutler.com<br><br>Roy H. Henley (P39921)<br>Jessica E. McNamara (P81885)<br>Thrun Law Firm, P.C.<br>Attorneys for Defendant Krol<br>2900 West Road, Ste. 400<br>East Lansing, MI 48823<br>(517) 374-8864<br>rhenley@thrunlaw.com<br>jmcnamara@thrunlaw.com |

**STIPULATED ORDER OF DISMISSAL
<u>WITH PREJUDICE AND WITHOUT COSTS</u>**

1

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

Dated: September 26, 2022

s/Denise Page Hood
Hon. Denise Page Hood
U.S. District Court Judge

Approved as to form and substance:

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
Attorney for Plaintiffs

/s/ Alex L. Alexopoulos
Alex L. Alexopoulos (P40547)
Attorney for Defendant OLS

/s/ Roy H. Henley
Roy H. Henley (P39921)
Attorney for Defendant Krol